IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADRIAN SANTOI STERLING,<br>    Defendant. | CRIMINAL FILE NO.<br>1:19-CR-376-3-TWT |

# ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 240] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress and Request for Franks Hearing [Doc. 96], denying the Defendant's Motion to Suppress Geo-Location and Cell Site Information Data [Doc. 167], and denying the Defendant's Motion to Dismiss Count 5 [Doc. 172]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress and Request for Franks Hearing [Doc. 96] is DENIED. The Defendant's Motion to Suppress Geo-Location and Cell Site Information Data [Doc. 167] is DENIED. The Defendant's Motion to Dismiss Count 5 [Doc. 172] is DENIED.

SO ORDERED, this __12th__ day of November, 2021.

                                                            *Thomas W. Thrash*
                                                            THOMAS W. THRASH, JR.
                                                            United States District Judge